IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY INSURANCE,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendant's unopposed Motion to Re-Schedule Scheduling/Planning Conference (Docket No. 9) is granted.  Accordingly, the Rule 16 Scheduling Conference set for August 27, 2012, at 2:00 p.m. is VACATED and RESET to August 21, 2012, at 9:30 a.m.

Date: July 12, 2012