IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unnopposed [sic] Motion to Amend Caption (Docket No. 18) is granted. The caption is thus amended to change the defendant's name from "American Family Insurance" to "American Family Mutual Insurance Company."

Date: September 13, 2012