IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant American Family Mutual Insurance Company's Motion of Protective Order (docket no. 21) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.2 A. The parties shall forthwith meet, confer ,and discuss the protective order that defendant seeks and see if they can agree upon a protective order. If the parties can agree, then they shall file their joint or stipulated motion for protective order and such proposed written protective order with the court. If the parties cannot agree after a meaningful discussion, then defendant may re-file its motion for protective order.

Date: February 4, 2013