IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order and Request for Forthwith Ruling (docket no. 29) is GRANTED finding good cause shown and for those additional reasons as outlined in the subject motion.  The deadline to serve written discovery is extended to April 17, 2013.  The discovery cutoff date is extended to May 20, 2013.  The dispositive motions deadline is extended to June 17, 2013.

Date: February 22, 2013