IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant American Family Mutual Insurance Company's Renewed Motion for Protective Order (docket no. 27) is GRANTED for the reasons stated below. The written Protective Order (docket no. 27-3) is APPROVED and made an Order of Court.

    Rule 26(c) of the Federal Rules of Civil Procedure gives the Court broad discretionary authority to determine whether a protective order is appropriate and "what degree of protection is required." AssociationVoice, Inc. v. AtHomeNet, Inc., No. 10-cv-00109-CMA-MEH, 2010 WL 1258062, at *2 (D. Colo. Mar. 29, 2010). For good cause shown, the Court may "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" related to discovery. Fed. R. Civ. P. 26(c). Protective orders may specify the terms of disclosure and the persons who are authorized to access sensitive information. See id.; AssociatonVoice, Inc., 2010 WL 1258062, at *2.

    Here, I find that Defendant has demonstrated "good cause" for the requested protective order pursuant to Fed. R. Civ. P. 26(c). Plaintiff's discovery requests in the forms of interrogatories, request for production of documents, and request for admissions seek information involving confidential, proprietary, and/or trade secret information from Defendant. Such information may be used for the limited purpose of this case only as further outlined in the written Protective Order (docket no. 27-3).

Date: April 1, 2013