IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01420-MSK-MJW

SHANNON WAGNER,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Withdraw Motion to Compel Production of Documents (Docket No. 52) is granted, and thus Defendant's Motion to Compel Production of Documents (Docket No. 48) is withdrawn.

Date: July 1, 2013