# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-01420-MSK-MJW        FTR - Courtroom A-502

**Date:**  August 14, 2013                       Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| SHANNON WAGNER, | Scott D. Smith |
| | John G. Taussig, III |
| Plaintiff(s), | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Elizabeth K. Potter |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS   HEARING**
**Court in Session:**   8:34 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Depositions and for Third Amendment to Scheduling Order [Docket No.55] and Defendant's Motion for Protective Order Regarding Fed.R.Civ.P. 30(b)(6) Deposition of American Family [Docket No. 59] for argument.

Argument on behalf of Plaintiff by Mr. Smith.
Argument on behalf of Defendant by Ms. Potter.

**It is ORDERED:**    Plaintiff's Motion to Compel Depositions and for Third Amendment to Scheduling Order [Docket No. **55**, filed July 15, 2013] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**    The SCHEDULING ORDER [Docket No. **15,** Filed August 21, 2012] is amended as follows:
Discovery Cut-off:    **OCTOBER 14, 2013**
Dispositive Motions Deadline:    **NOVEMBER 14, 2013**

**It is ORDERED:**    Defendant's Motion for Protective Order Regarding Fed.R.Civ.P. 30(b)(6) Deposition of American Family [Docket No. **59**, filed July 23, 2013] is **DENIED** for reasons as set forth on the record.

Hearing concluded.

**Court in recess:**     9:27 a.m.
Total In-Court Time 00:53

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.