IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01420-MSK-MJW

SHANNON WAGNER,

	Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

	Defendant.

# FINAL JUDGMENT

	In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

	Pursuant to the Opinion and Order filed on September 22, 2013 **(Doc. #76)**, Granting Defendant's Motion for Summary Judgment (**Doc. #24**), it is

	ORDERED that judgment is entered in favor of the defendant American Family and against plaintiff Shannon Wagner on all claims.

	ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

	The case is closed.

	Dated this 25th day September, 2013.

					ENTERED FOR THE COURT:
					JEFFREY P. COLWELL, CLERK

					s/Nel Steffens
					Deputy Clerk